Sam STOKENBERRY, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Eighth Circuit.
November 19, 1928.

No. 8303.

H. T. Church and C. T. Byrd, both of Tulsa, Okl., for appellant.

John M. Goldesberry, U. S. Atty., and W. B. Blair and Harry Seaton, Asst. U. S. Attys., all of Tulsa, Okl.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant and consent of counsel for the United States.

∎

TERRELL COMPANY, Appellant, v. David H. BLAIR, Commissioner of Internal Revenue, Appellee.

Circuit Court of Appeals, Eighth Circuit.
January 3, 1929.

No. 8470.

James S. Y. Ivins and Joseph D. Brady, both of Washington, D. C., for appellant.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for appellee.

PER CURIAM. Petition to review decision of United States Board of Tax Appeals docketed and dismissed, on motion of appellant and consent, without costs to either party in this court.

∎

TITANIUM PIGMENT CO., Inc., Appellant, v. Jerry BUSH, Appellee.

Circuit Court of Appeals, Eighth Circuit.
March 21, 1929.

No. 8220.

T. M. Pierce, R. E. Blodgett, and Samuel H. Liberman, all of St. Louis, Mo., for appellant.

Stewart D. Flanagan and Charles M. Hay, both of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, but without taxation of attorney fee, per stipulation of parties.

∎

TRAVELERS' INSURANCE CO., Plaintiff in Error, v. William B. YOUNG, Defendant in Error.

Circuit Court of Appeals, Eighth Circuit.
October 4, 1928.

No. 8055.

Clay C. Rogers, of Kansas City, Mo., for plaintiff in error.

Clif Langsdale, of Kansas City, Mo., and Eugene Silverman, of St. Joseph, Mo., for defendant in error.

PER CURIAM. Judgment modified and affirmed, with costs, per stipulation of parties.